# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LADALE HARRIS,

          Plaintiff,

v.

WISCONSIN DEPARTMENT OF CORRECTIONS, ROSE LARSON, AND DOCTOR GINA BUONO,

          Defendants.

Case No. 17-CV-830-JPS

**ORDER**

On August 11, 2017, Plaintiff filed a notice of voluntary dismissal of this matter without prejudice. (Docket #13). The Court herewith adopts that notice and will dismiss the action. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #13) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge